# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>PASCUAL TREJO-MARTINEZ,<br><br>         Defendant | Case No.: 16cr1811-DMS<br><br>ORDER AND JUDGMENT |

   Based upon the Motion filed by the United States, it is hereby ORDERED that the Indictment against PASCUAL TREJO-MARTINEZ is dismissed without prejudice.

   It is further ORDERED that the Motions in Limine date of December 5, 2016, and the trial date in this matter of December 12, 2016, are hereby vacated.

   DATED:  November 30, 2016



_____
DANA M. SABRAW
UNITED STATES DISTRICT COURT JUDGE